IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-107-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| CHRISTOPHER HAROLD GOINS, JR. | ) | |
| | ) | |

This matter is before the court on remand from the United States Court of Appeals for the Fourth Circuit. In unpublished opinion decided on May 8, 2012, the court of appeals affirmed defendant's sentence, but remanded for correction of the written judgment to conform with the oral sentence. In keeping with the opinion, this court intends to amend the amended judgment, signed on May 25, 2011 and lodged at docket entry number 37, to state as follows: " This sentence is to be served concurrently with any not-yet-imposed state sentence involving the same firearm."

Should any party take issue with this course, request for hearing should be filed within twenty-one (21) days of this order. If no request has been filed, upon expiration of the deadline, the court, without further address, will enter judgment in accordance with the opinion of the court of appeals.

SO ORDERED, this the 14th day of May, 2012.

*[signature]*

LOUISE W. FLANAGAN
United States District Judge